# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MICHAEL MANG,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

Case No. 2:13-CV-1302-APG-GWF

**Order Accepting Magistrate Judge's Recommendation**

(Dkt. ##14, 17, 22)

Plaintiff Michael Mang appeals from defendant Carolyn W. Colvin's decision to deny social security disability benefits to Mang. Mang filed a motion to remand. (Dkt. #14.) Colvin opposed the motion to remand and cross-moved to affirm. (Dkt. #17.)

In his motion to remand, Mang argues that the administrative law judge ("ALJ") improperly rejected the opinion of Mang's treating physician when determining disability. Magistrate Judge Foley issued a Report & Recommendation recommending I deny Mang's motion. (Dkt. #22.) Judge Foley reasoned that there is substantial evidence in the record to support the ALJ's decision to reject the opinion from Mang's treating physician, including contrary opinions from other medical providers. Judge Foley found that the ALJ applied the proper legal standards and substantial evidence supported the ALJ's decision that Mang is not entitled to disability benefits. Mang objects to Judge Foley's recommendation but primarily restates his arguments raised in his motion to remand. (*See* Dkt. #23.)

Having reviewed the documents on file, I accept the Report & Recommendation, deny the motion to remand, and grant the cross-motion to affirm. I have conducted a de novo review of the issues pursuant to Local Rule IB 3-2. Judge Foley's Report & Recommendation sets forth the proper legal analysis and the factual bases for the decision. Therefore,

IT IS HEREBY ORDERED that Judge Foley's Report & Recommendation (Dkt. #22) is accepted, plaintiff Michael Mang's Motion (Dkt. #14) is DENIED, Defendant Carolyn W.

Colvin's Cross-Motion (Dkt. #17) is GRANTED, the administrative law judge's decision is affirmed, and this case is DISMISSED. The clerk of the court shall enter Judgment accordingly.

DATED this 18th day of March, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE